UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WRITER and BARBARA, WRITER, <br><br> Plaintiffs, <br><br> vs. <br><br> DIVERSIFIED COLLECTION SERVICES, INC., <br><br> Defendant. <br> _____/ | CASE NO. CV F 11-2060 LJO MJS <br><br> **ORDER AFTER SETTLEMENT** |

Plaintiffs have filed a Notice of Settlement indicating that settlement has been reached in this case (Doc. 16). Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 24, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the May 6, 2013 trial date.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   August 27, 2012**                             /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE