UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WRITER and BARBARA WRITER,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC., and DOES 1 - 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 1:11-cv-02060-LJO-MJS<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiffs PATRICK WRITER and BARBARA WRITER ("Plaintiffs"), through their counsel of record, Lemberg & Associates, LLC and Defendant, DIVERSIFIED COLLECTION SERVICES, INC. ("Defendant"), through its counsel of record, Carlson & Messer LLP, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

**1**

1.  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.

The clerk is directed to close the action.

IT IS SO ORDERED.

**Dated:   September 17, 2012**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

2

**[PROPOSED] ORDER RE: DISMISSAL**
Case No. 1:11-cv-02060-LJO-MJS

06985.00/187550